# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00422-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  RICHARD CROSSE,

    Defendant.

## MINUTE ORDER[1]

On January 4, 2013, the court conducted a telephonic setting conference to reset the sentencing hearing.   After conferring with counsel and with their consent,

**IT IS ORDERED** that on **March 15, 2013**, commencing at 1:30 p.m., the court shall conduct a sentencing hearing in this case.

Dated:  January 4, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.