**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00422-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

4.    RICHARD CROSSE,

      Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

**Blackburn, J.**

      The matter is before me on the **United States' Motion for Preliminary Order of Forfeiture** [#224][1] filed March 14, 2013, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.  The Court having read said Motion and being fully advised in the premises finds:

      On October 9, 2012, the United States and defendant Richard Crosse entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure. (Doc. 160).

---

[1] "[#224]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

THAT there is the requisite nexus between the crime of defendant Richard Crosse and the property identified as: miscellaneous marijuana grow equipment seized on June 10, 2011, from 3885 Forest Street, Denver, Colorado; and miscellaneous marijuana grow equipment seized on October 13, 2011, from 3885 Forest Street, Denver, Colorado.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED**:

1.  That the **United States' Motion for Preliminary Order of Forfeiture** [#224] filed March 14, 2013, is **GRANTED**;

2.  That the defendant's interest in the following is forfeited to the United States in accordance with 21 U.S.C. § 853:

    a.  miscellaneous marijuana grow equipment seized on June 10, 2011, from 3885 Forest Street, Denver, Colorado; and

    b.  miscellaneous marijuana grow equipment seized on October 13, 2011, from 3885 Forest Street, Denver, Colorado;

3.  That pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

4.  That the United States or the designated sub-custodian is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

5.   That the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

6.   That on adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed;

7.   That the court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.  FED. R. CRIM. P. 32.2(e)(1); and

8.   That this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

Dated March 14, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge