**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.   11-cr-00422-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

4.  RICHARD CROSSE, a/k/a Richard Cross,

      Defendant.

---

### ORDER FOR TIME SERVED

---

      PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on March 15, 2013, it is hereby

      ORDERED that Defendant Richard Crosse, a/k/a Richard Cross, is sentenced to **TIME SERVED.**

      Dated:  March 15, 2013.

                                      BY THE COURT:

                                      s/ Robert E. Blackburn
                                      ROBERT E. BLACKBURN,
                                      UNITED STATES DISTRICT JUDGE